IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:12cr68-MHT |
| | ) | (WO) |
| CLYDE HAMILTON, JR. | ) | |

## OPINION AND ORDER

This cause is before the court on the question of defendant Clyde Hamilton, Jr.'s mental competency to stand for revocation of supervised release. Therefore, this court must determine whether Hamilton is currently suffering from a mental disease or defect that renders him unable to understand the nature and consequences of the proceedings against him, or to assist properly in his defense. See 18 U.S.C. § 4241(a). The court concludes that Hamilton has the mental capacity to stand for the revocation proceeding.

By order of this court, Hamilton was evaluated at the Federal Correctional Institution in Butner, North Carolina from May 22, 2012, until August 1, 2012, where

he was assessed by Dr. Heather H. Ross, a licensed psychologist. Forensic Evaluation (Doc. no. 29).

Dr. Ross noted in her report that Hamilton was able to describe accurately the charges against him and was "capable of understanding his options and making rational choices among them"; that he "maintain[ed] appropriate self-interest in the outcome of his case"; and that he communicated well with his lawyers. Id. Accordingly, Dr. Ross concluded that Hamilton "is competent to proceed." Id.

Pursuant to 18 U.S.C. § 4247(d), this court held a hearing to determine Hamilton's competency. At the hearing, Hamilton did not contest Dr. Ross's report and orally stipulated that he is competent to stand for revocation of supervised release.

This court therefore finds that Hamilton is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

***

2

Accordingly, it is ORDERED that defendant Clyde Hamilton, Jr. is declared mentally competent to stand for the revocation proceeding in this case.

DONE, this the 27th day of September, 2012.

                                          /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**